IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 17-cv-01064-NYW

ANDREW PETERSON,
on behalf of himself and all similarly situated persons,

     Plaintiff,

v.

NELNET DIVERSIFIED SOLUTIONS, LLC,

     Defendant.

## FINAL JUDGMENT

In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58(a), the following Final Judgment is hereby entered.

Pursuant to the Amended Memorandum Opinion and Order [#189] of Magistrate Judge Nina Y. Wang, granting Defendant Nelnet Diversified Solutions, LLC's Motion for Summary Judgment [#168] and denying Plaintiff Andrew Peterson's Motion for Summary Judgment [#158], entered on September 3, 2019 it is

ORDERED that summary judgment is hereby entered in favor of Defendant Nelnet Diversified Solutions, LLC and against Plaintiff Andrew Peterson and Plaintiff Andrew Peterson's federal claims are DISMISSED with prejudice;

ORDERED that the court declines to exercise supplemental jurisdiction over Plaintiff Andrew Peterson's remaining state law claim and said claim is DISMISSED without prejudice; and

It is FURTHER ORDERED that Plaintiff Andrew Peterson recovers nothing, the action is

terminated, and Defendant Nelnet Diversified Solutions, LLC is **AWARDED** its costs, to be taxed by the Clerk of the Court pursuant to Fed. R. Civ. P. 54(d)(1) and D.C.COLO.LCivR 54.1.

Dated at Denver, Colorado this 3rd day of September, 2019.

                                          FOR THE COURT:
                                          JEFFREY P. COLWELL, CLERK

                              By:   s/  B. Wilkins

                                            B. Wilkins
                                            Deputy Clerk