FILED  
United States Court of Appeals  
Tenth Circuit  

UNITED STATES COURT OF APPEALS

FOR THE TENTH CIRCUIT

**October 8, 2021**

Christopher M. Wolpert  
Clerk of Court

_____

JEFF PETERSON, personal representative of the Estate of Andrew Peterson, on behalf of himself and all similarly situated persons,

    Plaintiff - Appellant,

v.

NELNET DIVERSIFIED SOLUTIONS, LLC,

    Defendant - Appellee.

Nos. 19-1348 & 20-1217  
(D.C. No. 1:17-CV-01064-NYW)  
(D. Colo.)

_____

**JUDGMENT**

_____

Before **MATHESON**, **EBEL**, and **MORITZ**, Circuit Judges.

_____

These cases originated in the District of Colorado and were argued by counsel.

The judgment of that court is reversed. The cases are remanded to the United States District Court for the District of Colorado for further proceedings in accordance with the opinion of this court.

Entered for the Court

CHRISTOPHER M. WOLPERT, Clerk