# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

**Civil Action No.: 17-cv-01064-NYW**

JEFF PETERSON, personal representative of the Estate of Andrew Peterson,
on behalf of the Estate and all similarly situated persons,

    Plaintiff,

v.

NELNET DIVERSIFIED SOLUTIONS, LLC,
a Nebraska limited liability company

    Defendant.

---

## NOTICE OF SETTLEMENT

---

    The parties provide notice to the Court that they have reached a settlement.

Respectfully submitted this 22nd day of December 2021.

| *s/Michael Palitz* | *s/Martine Wells (with permission)* |
|---|---|
| Michael Palitz | Richard B. Benenson, #32566 |
| SHAVITZ LAW GROUP, P.A. | Martine T. Wells, #42340 |
| 447 Madison Ave., 6th Floor | Anna-Liisa Mullis, #43813 |
| New York, NY 10022 | Nicholas R. Santucci, #48294 |
| Phone: 800.616.4000 | BROWNSTEIN HYATT FARBER SCHRECK, LLP |
| Fax: 561.447.8831 | 410 17th Street, Suite 2200 |
| Email: mpalitz@shavitzlaw.com | Denver, CO 80202 |
| | Phone: 303.223.1100 |
| Gregg I. Shavitz | Fax: 303.223.1111 |
| Alan L. Quiles | Email: rbenenson@bhfs.com |
| Logan A. Pardell |     mwells@bhfs.com |
| SHAVITZ LAW GROUP, P.A. |     amullis@bhfs.com |
| 951 Yamato Road, Suite 285 |     nsantucci@bhfs.com |
| Boca Raton, FL 33431 | |
| Phone: 561.447.8888 | |
| Fax: 561.447.8831 | Daniel F. Kaplan |
| Email: gshavitz@shavitzlaw.com | Charles F. Kaplan |
|     aquiles@shavitzlaw.com | PERRY, GUTHERY, HAASE & GESSFORD, |
|     lpardell@shavitzlaw.com | P.C., L.L.O. |

Brian D. Gonzales
THE LAW OFFICE OF BRIAN D. GONZALES, PLLC
2580 East Harmony Road, Suite 201
Fort Collins, CO  80528
Phone:  970.214.0562
Email:  bgonzales@coloradowagelaw.com

Jon Rehm
Brody Ockander
REHM BENNETT LAW FIRM P.C., L.L.O
3701 Union Drive, #200
Lincoln, NE 68516
Phone: (402) 420-1400
Email: jonrehm@rehmlaw.com
        bockander@rehmlaw.com

Dustin T. Lujan
LUJAN LAW OFFICE
1603 Capitol Avenue, Suite 310 A559
Cheyenne, WY 82001
Phone: (970) 999-4225
Email: wyoadvocate@gmail.com

*Attorneys for Plaintiffs*

233 S. 13th Street, Suite 1400
Lincoln, NE 68508
Phone: (402) 476-9200
Fax: (402) 476-0094
Email: dkaplan@perrylawfirm.com
        ckaplan@perrylawfirm.com

*Attorneys for Defendant*

## CERTIFICATE OF SERVICE

I hereby certify that on this 22nd day of December 2021, a true and correct copy of the foregoing **NOTICE OF SETTLEMENT** was served electronically on the following:

Richard B. Benenson, Esq.
Martine T. Wells, Esq.
Anna-Liisa Mullis, Esq.
410 Seventeenth Street, Suite 2200
Denver, Colorado 80202
Phone: (303) 223-1100
Fax: (303) 223-1111
rbenenson@bhfs.com
mwells@bhfs.com
amullis@bhfs.com

Daniel Kaplan, Esq.
Charles Kaplan, Esq.
Perry, Guthery, Haase, & Gessford
233 South 13th Street, Suite 1400
Lincoln, Nebraska 68508
dkaplan@perrylawfirm.com
ckaplan@perrylawfirm.com

*s/Michael Palitz*
_____
Michael Palitz

3